IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PAMELA M. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cv-859-TFM |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is *Defendant's Motion to Reverse and Remand with Suggestions in Support* (Doc. 13, filed March 21, 2011) which requests remand pursuant to sentence four of 42 U.S.C. § 405(g). The Plaintiff does not object to remand. In addition, pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment.

Accordingly, it is hereby **ORDERED** that the motion to remand (Doc. 13) is **GRANTED**. It is further **ORDERED** and **ADJUDGED** that the decision of the Commissioner be and is hereby **REVERSED** and this case be and is hereby **REMANDED** to the Commissioner pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g), for further proceedings.

A separate final judgment shall be entered.

DONE this 21st day of March, 2011.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE